[Nos. 30640-2-III; 30641-1-III.   Division Three.   September 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DALE
ENGELSTAD, JR., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Kittitas County, No. 11-1-00220-8, Scott R. Sparks, J., entered February 14, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Rawson, J. Pro Tem.

[No. 31256-9-III.   Division Three.   September 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCO A.
PINDTER-BONILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 12-1-00200-1, Scott R. Sparks, J., entered October 15, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31274-7-III.   Division Three.   September 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOEL LANDIS,
*Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 10-1-00173-3, Christopher E. Culp, J., entered October 19, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.